Orval BURKHART *v.* STATE of Arkansas

CR 81-9                                        611 S.W. 2d 500
Supreme Court of Arkansas
Opinion delivered February 9, 1981

*John W. Walker*, for appellant.

*Steve Clark*, Atty. Gen., by: *Dennis R. Molock*, Asst. Atty. Gen., for appellee.

RICHARD B. ADKISSON, Chief Justice. This appeal is from a judgment denying relief under Rule 37, Ark. Rules of Crim. Proc., on the ground that the petitioner was not in custody at the time the petition was filed.

In a jury trial on April 26, 1978, appellant, Orval Burkhart, was convicted of first degree assault and his punishment was fixed at $375.00, from which there was no appeal.

The "Scope of the Remedy" for proceedings under Rule 37 is confined to "a prisoner, in custody under sentence of a circuit court . . . " The petitioner in this case was not in custody at the time of filing his petition and, therefore, was entitled to no relief. See *Hartsell* v. *State*, 254 Ark. 687, 495 S.W. 2d 523 (1973).

Rule 37 is not a substitute for appeal. *Clark* v. *State*, 255 Ark. 13, 498 S.W. 2d 657 (1973).

Affirmed.